UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:06cr45-C |
| | ) | |
| v. | ) | MOTION TO SEAL INDICTMENT |
| | ) | |
| TONY WELLS | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 1st day of March, 2006.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

KAREN S. MARSTON
ASSISTANT UNITED STATES ATTORNEY