IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr45

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| TONY WELLS | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.

**IT IS ORDERED** that this matter is reassigned to Chief United States District Judge Richard L. Voorhees.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: May 24, 2006

Robert J. Conrad, Jr.
United States District Judge